IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0639
 ((((((((((((((((

 Bertie Carlyn Potter, Jr.

 v.

 GMP, L.L.C.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The third agreed motion to abate proceedings, being treated as a
 motion to extend abatement, filed November 1, 2004, is granted.

 2. This case will remain removed from the Court's active docket
 until November 15, 2004, at which time the case will be
 reinstated on the Court's active docket, absent a showing of
 extraordinary circumstances.

 Done at the City of Austin, this 5th day of November, 2004.

 .
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk